IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
CIVIL ACTION NO: 5:20-CV-00523-FL

| | |
|---|---|
| JANE DOE, by her next friend, TONISHA PULLEN-SMITH<br>　　　Plaintiff,<br><br>v.<br><br>CUMBERLAND COUNTY BOARD OF EDUCATION (Cumberland County Schools), CHRISTIAN QUALLY, individually and as an agent of Cumberland County Schools, and, CLARENCE SCOFIELD, individually and as an agent of Cumberland County Schools.<br>　　　Defendants. | ORDER |

Upon consideration of Plaintiff's Motion to For Leave to Proceed Under a Pseudonym and finding good cause supporting the same, it is hereby ORDERED that the Motion is GRANTED.

Dated: October 21, 2020

_____
Robert T. Numbers, II
United States Magistrate Judge